LAURA E. DUFFY
United States Attorney
REBECCA S. KANTER
Assistant United States Attorney
California State Bar No. 230257
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone No.: (619) 557-6747
Fax No.: (619) 557-7055
Email: rebecca.kanter@usdoj.gov

Attorneys for Plaintiff
United States of America

CAZ HASHEMI, State Bar No. 210239
chashemi@wsgr.com
BRIAN DANITZ, State Bar No. 247403
bdanitz@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendant
Maxwell Technologies, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MAXWELL TECHNOLOGIES, INC.,<br><br>  Defendant. | Criminal Case No. 11CR0329-JM<br><br>**JOINT MOTION TO CONTINUE STATUS HEARING**<br><br>Date:   February 27, 2012<br>Time:   9:00 a.m.<br>Courtroom:  16, Fifth Floor<br><br>**The Honorable Jeffrey T. Miller** |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its attorneys, United States Attorney Laura E. Duffy, and Assistant U.S. Attorney Rebecca S. Kanter, and defendant, Maxwell Technologies, Inc. ("Maxwell"), by and through its attorney, Caz Hashemi, Wilson, Sonsini, Goodrich & Rosati, and respectfully submit the following joint motion by which the parties request that

the Court continue the status hearing set for February 27, 2012, at 9:00 a.m. to March 26, 2012, at 9:00 a.m. based on the following set of facts:

1. Under the terms of the Deferred Prosecution Agreement ("DPA"), Maxwell is required, no later than one year from the date of the agreement (which was January 27, 2011), to "submit to the Department a written report setting forth a complete description of its remediation efforts to date . . ." [DPA ¶12(a).] Moreover, Maxwell must "report to the Department [of Justice] periodically, at no less than 12-month intervals during a three-year term, regarding remediation and implementation of the compliance program. . . ."  [DPA ¶12.]

2. Defendant is currently coordinating with the Department of Justice ("DOJ") and Securities and Exchange Commission (SEC") to satisfy its reporting obligation. Defendant requested and was granted a thirty-day extension of the time by which Maxwell was required to report to the DOJ. The parties anticipate that Maxwell will fulfill its reporting obligation on or before February 29, 2012.

3. The parties agree that they will be better able to respond to any questions the Court may have regarding the status of the DPA and Maxwell's compliance subsequent to Maxwell's report to the DOJ.

In conclusion , the parties respectfully request that the Court vacate the current status hearing, scheduled for February 27, 2012, and schedule a status hearing on March 26, 2012, or a later date as may be convenient in the Court's calendar.

DATED: February 17, 2012           Respectfully submitted,

LAURA E. DUFFY
United States Attorney

 s/ *Rebecca Kanter*
REBECCA S. KANTER
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America


s/ *Caz Hashemi*
CAZ HASHEMI
Wilson Sonsini Goodrich & Rosati
Attorneys for Defendant
Maxwell Technologies, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>MAXWELL TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 11CR0329-JM<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, REBECCA S. KANTER, am a citizen of the United States and am at least 18 years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of JOINT MOTION TO CONTINUE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

**Caz Hashemi (chashemi@wsgr.com)**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 17, 2012.

*s/ Rebecca Kanter*
REBECCA S. KANTER