UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAR 2 8 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         vs.<br><br>MAXWELL TECHNOLOGIES, INC.,<br><br>                    Defendant. | CASE NO. 11CR0329 JM<br><br>**JUDGMENT OF DISMISSAL** |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____   the Court has dismissed the case for unnecessary delay; or

_X_   the Court has granted the motion of the Government for dismissal, with prejudice; or

____   the Court has granted the motion of the defendant for a judgment of acquittal; or

____   a jury has been waived, and the Court has found the defendant not guilty; or

____   the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offenses as charged in the Indictment:
       15 USC 78dd-1-Foreign Corrupt Practices Act-Bribery;
       15 USC 78(b)(2)(A), 78m(b)(5), and 78ff(a), and 18 USC 2

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 03/28/2014

                                                  Jeffrey T. Miller
                                                  U.S. District Judge